MARINO, APPELLEE, *v.* CITY OF NILES ET AL., APPELLANTS.

[Cite as Marino *v.* Niles (1991), 57 Ohio St. 3d 85.]

(No. 89-2133—Submitted December 12, 1990—Decided January 23, 1991.)

*Matthew A. Pentz,* for appellee.
*J. Terrence Dull,* law director, for appellants.

This cause is affirmed on authority of *Trussell* v. *General Motors Corp.* (1990), 53 Ohio St. 3d 142, 559 N.E. 2d 732.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.